

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC,<br>ROK SALES, LLC and<br>ROK MEDICAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ROBEN MELTON, JUSTIN POOS,<br>BRADY CLINE, TODD PERRY,<br>SHELBY BULLARD, GREG MASON,<br>JOSHUA MCDONALD, KRISTY MOORE,<br>DIGSS INVESTMENTS, LLC,<br>STRYKER CORPORATION,<br>SUMMIT SPINE SOLUTIONS, LLC,<br>and RD MEDICAL, LLC,<br><br>Defendants. | CJ-2022-4032<br><br>Case No.<br><br>FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>AUG 1 9 2022<br><br>RICK WARREN<br>COURT CLERK<br>126 |

### ENTRY OF APPEARANCE

COME NOW, Patrick R. Pearce, Jr., Jason A. Ryan, and Corey A. Neller, of RYAN WHALEY, and enters their appearance on behalf of Plaintiffs, RX Medical, LLC, ROK Sales, LLC, and ROK Medical Management, LLC.

Respectfully submitted,

PATRICK R. PEARCE, JR., OBA #18802
JASON A. RYAN, OBA #18824
COREY A. NELLER, OBA #19534
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jryan@ryanwhaley.com
rpearce@ryanwhaley.com
cneller@ryanwhaley.com
*Attorneys for Plaintiffs*

Exhibit 2
Page 1 of 1