IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC,<br>ROK SALES, LLC and<br>ROK MEDICAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ROBEN MELTON, JUSTIN POOS,<br>BRADY CLINE, TODD PERRY,<br>SHELBY BULLARD, GREG MASON,<br>JOSHUA MCDONALD, KRISTY MOORE,<br>DIGSS INVESTMENTS, LLC,<br>STRYKER CORPORATION,<br>SUMMIT SPINE SOLUTIONS, LLC,<br>and RD MEDICAL, LLC,<br><br>Defendants. | Case No. CJ-22-4032<br><br>FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>AUG 19 2022<br><br>RICK WARREN<br>COURT CLERK<br>41 |

## TEMPORARY RESTRAINING ORDER

Now on this, 19th day of August, 2022, comes to be heard Plaintiffs, RX Medical, LLC; ROK Sales, LLC; and ROK Medical Management, LLC's Emergency Motion for Temporary Restraining Order, having reviewed the motion, evidence presented, hearing argument and good cause shown, finds, orders adjudges and decress:

1. The Individual Defendants (Roben Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Josh McDonald, Kristy Moore) **shall** immediately cease and desist from directly soliciting any person or company who was an established customer of Plaintiffs.

2. The Individual Defendants **shall** immediately cease and desist from assisting the Corporate Defendants (Defendant DIGSS Investments, LLC ("DIGSS"), Defendant Stryker Corporation ("Stryker"), Defendant Summit Spine Solutions, LLC ("Summit Spine"), and Defendant RD Medical, LLC ("RD")), or any of their respective employees, affiliated entities or

Exhibit 4<br>Page 1 of 4

agents, in directly soliciting any person or company who was an established customer of Plaintiffs through the use of information or confidential data or trade secrets obtained and/or learned by the Individual Defendants during the course of the Individual Defendants' employment with Plaintiffs, or secured by Defendants through their collective unauthorized access to Plaintiffs' computer systems and/or servers.

3. The Corporate Defendants **shall** immediately cease and desist from assisting the Individual Defendants with, or participating in, the Individual Defendants' direct solicitation of any person or company who was an established customer of Plaintiffs through the use of information or confidential data or trade secrets learned by the Individual Defendants during the course of the Individual Defendants' employment with Plaintiffs, or secured by Defendants through their collective unauthorized access to Plaintiffs' computer systems and/or servers.

4. The Individual Defendants and the Corporate Defendants **shall** immediately cease and desist from using, and to return to Plaintiffs, any and all confidential materials, and other such material as may be considered by Plaintiffs to be trade secrets, which were generated by or for Plaintiffs, and/or which were learned or obtained by the Individual Defendants, during the course of the Individual Defendants' employment with Plaintiffs, or secured by Defendants through their collective unauthorized access to Plaintiffs' computer systems and/or servers, including without limitation any strategic pricing information, customer lists, customer preference data, customer usage data, and market data.

5. The Defendants **shall** immediately return to Plaintiffs all of Plaintiffs' medical equipment, instruments, and supplies which were taken by the Defendants, and/or not returned to Plaintiffs, upon the resignation of the Individual Defendants.

Exhibit 4
Page 2 of 4

6. The Defendants **shall** immediately identify and provide to Plaintiffs all calendar and scheduling information regarding upcoming procedures and/or orders, which the Individual Defendants improperly deleted and/or destroyed upon their resignation, and all information copied, shared and/or disclosed by the Individual Defendants to Stryker or the other Corporate Defendants, including through their unauthorized access to Plaintiffs' computer systems/servers.

IT IS SO ORDERED.

DATED: 19 August 2022

C BRENT DISHMAN
_____
Judge of the District Court
Respectfully submitted,

APPROVED AS TO FORM:

_____
PATRICK R. PEARCE, JR., OBA #18802
JASON A. RYAN, OBA #18824
COREY A. NELLER, OBA #19534
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jryan@ryanwhaley.com
rpearce@ryanwhaley.com
cneller@ryanwhaley.com
*Attorneys for Plaintiffs*

3

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

AUG 1 9 2022

RICK WARREN COURT CLERK
Oklahoma County

Exhibit 4
Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent via email and/or U.S. mail on the ___19___ day of August, 2022, to: