IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC,<br>ROK SALES, LLC and<br>ROK MEDICAL MANAGEMENT, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ROB MELTON, JUSTIN POOS,<br>BRADY CLINE, TODD PERRY,<br>SHELBY BULLARD, GREG MASON,<br>JOSHUA MCDONALD, KRISTY MOORE,<br>DIGSS INVESTMENTS, LLC, STRYKER<br>CORPORATION, SUMMIT SPINE<br>SOLUTIONS, LLC, and RD MEDICAL, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CJ-2022-4032<br>Judge Dishman |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that hearing has been set on Plaintiffs' Emergency Motion for Temporary Restraining Order and Temporary Injunction for Wednesday, August 24, 2022, at 10:15 a.m. in Judge Dishman's Courtroom, 321 Park Avenue, Room 315, Oklahoma City, Oklahoma.

Respectfully submitted,

*/s/ signature/*

PATRICK R. PEARCE, JR., OBA #18802
JASON A. RYAN, OBA #18824
COREY A. NELLER, OBA #19534
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jryan@ryanwhaley.com
rpearce@ryanwhaley.com
cneller@ryanwhaley.com
*Attorneys for Plaintiffs*

Exhibit 5
Page 1 of 1