**IN THE DISTRICT COURT OF OKLAHOMA COUNTY,**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| RX MEDICAL, LLC, ROK SALES, LLC, and ROK MEDICAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CJ-22-4032 |
| ROB MELTON, JUSTIN POOS, BRADY CLINE, TODD PERRY, SHELBY BULLARD, GREG MASON, JOSH MCDONALD, KRISTY MOORE, DIGSS INVESTMENTS, LLC, STRYKER CORPORATION, SUMMIT SPINE SOLUTIONS, LLC, and RD MEDICAL, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant Defendants Rob Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Josh McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC ("Defendants") hereby give notice that they have removed this action to the United States District Court for the Western District of Oklahoma.  All Defendants expressly consent to the removal. A true and correct copy of the Notice of Removal, exclusive of exhibits, is attached hereto as **EXHIBIT A**.

Exhibit 6
Page 1 of 3

Respectfully submitted,

_____

Kiran A. Phansalkar, OBA #11470
J. Dillon Curran, OBA #19442
Preston M. Sullivan, OBA #33489
Conner & Winters, LLP
1700 One Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
Email:  kphansalkar@cwlaw.com
        dcurran@cwlaw.com
        psullivan@cwlaw.com
***Attorneys for Defendants Rob Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Josh McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC***

2

Exhibit 6
Page 2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this _____ day of August 2022, a true and correct copy of the above

and foregoing instrument was mailed, via U.S. First Class Mail, postage prepaid, to the following:

Jason A. Ryan, OBA #18824
Patrick R. Pearce, Jr., OBA #18802
Corey A. Neller, OBA #19534
Ryan Waley
400 N. Walnut Ave.
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
Email:  jryan@ryanwhaley.com
        ppearce@ryanwhaley.com
        cneller@ryanwhaley.com
*Attorney for Plaintiffs*
*RX Medical, LLC, ROK Sales, LLC,*
*and ROK Medical Management, LLC*

_____
Kiran A. Phansalkar

Exhibit 6
Page 3 of 3