```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500091757
Cashier ID: dbeasley
Transaction Date: 08/25/2022
Payer Name: Conner And WInters LLP
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Rob Melton
 Case/Party: D-OKW-5-22-CV-000731-001
 Amount:         $402.00
----------------------------------
CHECK
 Check/Money Order Num: 017734
 Amt Tendered: $402.00
----------------------------------
Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00

CIV-22-731-PRW


Return check fee $53
```