# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC, ROK SALES, LLC, and ROK MEDICAL MANAGEMENT, LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBEN MELTON, JUSTIN POOS, BRADY CLINE, TODD PERRY, SHELBY BULLARD, GREG MASON, JOSHUA MCDONALD, KRISTY MOORE, DIGSS INVESTMENTS, LLC, STRYKER CORPORATION, SUMMIT SPINE SOLUTIONS, LLC, and RD MEDICAL, LLC,<br><br>                    Defendants. | Case No.:  5:22-cv-00731-PRW |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT:**

Enter my appearance as counsel in this case for Defendants Roben Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Joshua McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC.

I certify that I am admitted to practice in this Court and I am registered to file documents electronically with this Court.

        Respectfully submitted,

        /*s*/ *J. Dillon Curran*
        J. Dillon Curran, OBA #19442
        Conner & Winters, LLP
        1700 One Leadership Square
        211 N. Robinson Ave.
        Oklahoma City, OK 73102
        Telephone: (405) 272-5711
        Facsimile: (405) 232-2695
        Email: dcurran@cwlaw.com
        ***Attorneys for Defendants Roben Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Joshua McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC***

## CERTIFICATE OF SERVICE

I certify that on the 25th day of August 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmitted of a Notice of Electronic Filing to the following ECF registrants:

Jason A. Ryan, OBA #18824
Patrick R. Pearce, Jr., OBA #18802
Corey A. Neller, OBA #19534
Ryan Whaley
400 N. Walnut Ave.
Oklahoma City, OK  73104
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
Email: jryan@ryanwhaley.com
ppearce@ryanwhaley.com
cneller@ryanwhaley.com
*Attorney for Plaintiffs*
*RX Medical, LLC, ROK Sales, LLC,*
*and ROK Medical Management, LLC*

                                                   */s/ J. Dillon Curran*
                                                   J. Dillon Curran