IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RX Medical, LLC, et al.

Plaintiff(s),

v.

Rob Melton, et al.

Defendant(s)

Case No. 22-cv-00731-PRW

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiffs__, __RX Medical, LLC; ROK Sales, LLC; and ROK Medical Management, LLC__.
(Plaintiff/Defendant)         (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Patrick R. Pearce, Jr.                 08/25/2022
Signature                                  Date

Patrick R. Pearce, Jr.
Print Name

Ryan Whaley
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

400 North Walnut Avenue
Address

Oklahoma City          OK          73104
City                   State       Zip Code

(405) 239-6040
Telephone

rpearce@ryanwhaley.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on **August 25, 2022**, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Patrick R. Pearce, Jr.
s/ Attorney Name