**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date: August 25, 2022

| | | |
|---|---|---|
| RX MEDICAL LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-731-PRW |
| | ) | |
| ROB MELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

Before the Court is Defendants' Emergency Motion to Dissolve Ex Parte Temporary Restraining Order and Brief (Dkt. 6), filed August 25, 2022. Upon review of defendants' motion, the Court **SETS** a hearing on this matter for Wednesday, August 31, 2022 at 10:00 a.m., in Courtroom 503, of the William J. Holloway Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, OK 73102, before Judge Patrick R. Wyrick. Plaintiffs shall file a response to Defendants' Motion no later than 5:00 PM CST on August 29, 2022.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:   s/*Kathy Spaulding*
                Deputy Clerk