# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC, ROK SALES, LLC, and ROK MEDICAL MANAGEMENT, LLC, <br><br>  Plaintiffs, <br><br> v. <br><br> ROBEN MELTON, JUSTIN POOS, BRADY CLINE, TODD PERRY, SHELBY BULLARD, GREG MASON, JOSHUA MCDONALD, KRISTY MOORE, DIGSS INVESTMENTS, LLC, STRYKER CORPORATION, SUMMIT SPINE SOLUTIONS, LLC, and RD MEDICAL, LLC, <br><br>  Defendants. | Case No.: 5:22-cv-00731-PRW |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*
### (Kevin J. Mahoney)

Defendants Roben Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Joshua McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC ("Defendants"), through the undersigned attorney, moves this Court pursuant to LCvR 83.2, for the admission pro hac vice of Kevin J. Mahoney of the firm Seyfarth Shaw LLP, in this case as national counsel for Defendants on the following grounds:

1. The undersigned is Oklahoma counsel of record for Defendants in these proceedings.

2. Pursuant to Local Civil Rule 83.2, attached to this Motion for Admission as Exhibit 1 is the completed Request for Admission *Pro Hac Vice* form of Kevin J. Mahoney.

3. Mr. Mahoney is a member of good standing of the bar of the State of Illinois.

1

  4. Mr. Mahoney understands that, upon admission *pro hac vice*, he shall be subject to the disciplinary jurisdiction of this Court.

  5. Mr. Mahoney understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

  6. The required fee will be tendered to the Clerk in connection herewith.

  WHEREFORE, the undersigned respectfully requests that the Court grant the application of out-of-state attorney Kevin J. Mahoney to appear before this Court on behalf of Defendants. A proposed order granting the requested relief is being submitted contemporaneously herewith pursuant to ECF guidelines.

  DATED this 29th day of August 2022.

Respectfully submitted,

/*s*/ Kiran A. Phansalkar
Kiran A. Phansalkar, OBA #11470
J. Dillon Curran, OBA #19442
Preston M. Sullivan, OBA #33489
Conner & Winters, LLP
1700 One Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
Email:   kphansalkar@cwlaw.com
         dcurran@cwlaw.com
         psullivan@cwlaw.com

***Attorneys for Defendants Roben Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Joshua McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC***

86331249v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record, namely:

>Jason A. Ryan, OBA #18824
>Patrick R. Pearce, Jr., OBA #18802
>Corey A. Neller, OBA #19534
>Ryan Whaley
>400 N. Walnut Ave.
>Oklahoma City, OK  73104
>Telephone:  (405) 239-6040
>Facsimile:  (405) 239-6766
>Email: jryan@ryanwhaley.com
>ppearce@ryanwhaley.com
>cneller@ryanwhaley.com
>***Attorney for Plaintiffs***
>***RX Medical, LLC, ROK Sales, LLC,***
>***and ROK Medical Management, LLC***

/s/ *Kiran A. Phansalkar*
Kiran A. Phansalkar

86331249v.1