# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC, ROK SALES, LLC, and ROK MEDICAL MANAGEMENT, LLC,<br><br>                          Plaintiffs,<br><br>v.<br><br>ROBEN MELTON, JUSTIN POOS, BRADY CLINE, TODD PERRY, SHELBY BULLARD, GREG MASON, JOSHUA MCDONALD, KRISTY MOORE, DIGSS INVESTMENTS, LLC, STRYKER CORPORATION, SUMMIT SPINE SOLUTIONS, LLC, and RD MEDICAL, LLC,<br><br>                         Defendants. | Case No.: 5:22-cv-00731-PRW |

## REQUEST FOR ADMISSION OF COUNSEL *PRO HAC VICE*
### (Kevin J. Mahoney)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full name: Kevin J. Mahoney

2. State bar membership number: IL-6299398.

3. Business address, telephone, and fax numbers: Seyfarth Shaw LLP, 233 S. Wacker Drive, Suite 8000, Chicago, IL, 60606, T: 312-460-5000, F: 312-460-7000

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: State of Illinois, United States District Courts for the Northern District of Illinois and the Western District of Michigan.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?     ☐ YES  ☒ NO

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? (Please attach a statement explaining any "YES" answers to questions 5 or 6.)     ☐ YES  ☒ NO

2

7.  Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☒ YES ☐ NO

A check for $50 should be made payable to the U.S. District Court Clerk. (United States Government Attorneys are exempted from paying this fee.)

DATED this 29th day of August, 2022.

/s/ Kevin J. Mahoney  
Signature of Applicant