## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RX MEDICAL, LLC; ROK SALES, LLC;   )
and ROK MEDICAL MANAGEMENT, LLC,  )
                                   )
          Plaintiffs,   )
                                   )
vs.                                )     Case No. 22-cv-00731-PRW
                                   )
ROBEN MELTON; JUSTIN POOS;         )
BRADY CLINE; TODD PERRY; SHELBY    )
BULLARD; GREG MASON; JOSHUA        )
MCDONALD; KRISTY MOORE; DIGSS      )
INVESTMENTS, LLC; STRYKER          )
CORPORATION; SUMMIT SPINE          )
SOLUTIONS, LLC; and RD MEDICAL, LLC, )
                                   )
          Defendants.   )

## NOTICE OF SUBPOENAS

Please take notice that the Plaintiffs have issued Subpoenas to Defendants Roben Melton, Justin Poos, and Brady Cline (Exhibits 1-3), requiring their attendance at the August 31, 2022, hearing on *Defendants' Emergency Motion to Dissolve Ex Parte Temporary Restraining Order and Brief in Support*. The hearing will be held by Judge Patrick R. Wyrick at the William J. Holloway Jr. United States Courthouse, 200 N.W. 4th Street, Oklahoma City, OK 73102, in Courtroom 503.

*/s/ Corey A. Neller*
PATRICK R. PEARCE, JR., OBA #18802
JASON A. RYAN, OBA #18824
COREY A. NELLER, OBA #19534
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
rpearce@ryanwhaley.com
jryan@ryanwhaley.com
cneller@ryanwhaley.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/ Corey a. Neller*
COREY A. NELLER