* * * * *

AUDIO RECORDING OF TELEPHONE CONVERSATION

BETWEEN GREG OPLOTNIK AND ROB MELTON

ON AUGUST 16, 2022

TRANSCRIBED ON AUGUST 26, 2022

* * * * *


Transcribed by:  D. Ann Fite, CSR, RPR

DODSON COURT REPORTING & LEGAL VIDEO
425 Northwest 7th Street
Oklahoma City, OK  73102
(405)235-1828

www.dodsonreporting.net

EXHIBIT
1

1      *(BEGINNING OF AUDIO.)*

2              MR. MELTON:  And either they're hiding it

3      from you or you didn't tell me.  I didn't know --

4              MR. OPLOTNIK:  There was not a master plan

5      for Poos (phonetic) to take over.  That is not true.

6              They -- Brandon was putting him to have him

7      over all of spine and all of our areas and --

8              MR. MELTON:  And all -- and all -- and all of

9      Dallas and all of that stuff.

10             Dude, I --

11             MR. OPLOTNIK:  It --

12             MR. MELTON:  That's the -- that's the

13     problem.  I mean, nothing was ever communicated.

14     Nothing was ever --

15             MR. OPLOTNIK:  No.  I told you that and I

16     told you the reason why it wasn't a fit for you.

17     Because of your young kids and wanting to go to their

18     games and everything else, that it wouldn't --

19             I mean, we talked about that, Robbie.

20             MR. MELTON:  I know what you and I talked

21     about.  I know what we've talked about for a long

22     time.  And I know none of it's happened.  And I

23     just --

24             MR. OPLOTNIK:  How did it not happen.  I --

25     we hired people so you could have your life back.  We

1  hired two people so you could spend more time with
2  your kids.
3          MR. MELTON:  Well, those people -- those are
4  the people that have caused me -- those are the people
5  that cost me more time at -- you know, at work.
6          But I love them.  And I would have trained
7  them forever had I known -- had I not known what was
8  coming.  I didn't feel right and I didn't, you know --
9  none of that stuff, to me, felt good, to be that guy
10  and then turn around and shit on them.
11          MR. OPLOTNIK:  I know.
12          Look, you knew -- I mean, look, this has been
13  coming.  Because I know what -- how much time it takes
14  to orchestrate something like this to the detail,
15  which has Poos' deal all over it.  I mean, that's --
16          MR. MELTON:  Dude, that's not --
17          MR. OPLOTNIK:  -- it's been going on for six
18  months.
19          MR. MELTON:  Yeah.  To the detail that
20  Poos had his -- Poos' handprint all over it.  I mean,
21  there you go right there.
22          I mean, look.  I'm not -- I get the thing
23  with Poos and I get it.  Like, he's a totally
24  different person because he's not dealing with that
25  and that's not good.

1           But I will say --
2           MR. OPLOTNIK:  I just think you have a heart
3   and he's heartless.  I mean, so I just think y'all are
4   two different people.
5           MR. MELTON:  Don't disagree.
6           But I think you and Brandon are two different
7   people, too.  Because I think the same thing about you
8   and him.  I think he's heartless and I think you have
9   a heart.
10          MR. OPLOTNIK:  Well, I just --
11          MR. MELTON:  And I told you a long time
12  ago -- I -- all I could see was the incoming and you
13  not being there.  And I kept asking you and asking
14  you, what's going on happen when you go?  And I never
15  got an answer.
16          All I could see was me working for the
17  fucking -- the God master that walks around with his
18  chest puffed out where everybody has to bow to him.
19          You're not like that.
20          And I'm not bound to somebody that I
21  freaking --
22          You know, your wife told Nicky that --
23  that -- when she told her how much she loved her and
24  she was sorry, she told her how much Brandon and
25  everybody had helped me get to where I am.

1        You know, that's -- that's the most heart

2   staking thing you can say to me because I got zero,

3   zero, nothing for him.

4        I mean, you want to know where it comes from

5   my side?  It's right there.  And I think you know

6   that.

7        MR. OPLOTNIK:  Well, I think you feel that

8   way.  But, I mean, you've got to remember back.  When

9   you came in, we had zero doctors.  We -- you had a

10  virgin territory with no doctors and it took you 18

11  months to get your first physician, you know.  And you

12  were ready to quit --

13       MR. MELTON:  No.  It didn't take me 18

14  months --

15       MR. OPLOTNIK:  Or 14 months.

16       MR. MELTON:  -- it took me nine months.

17       MR. OPLOTNIK:  Or nine months.

18       It took awhile.  Right?

19       MR. MELTON:  In nine months I was --

20       MR. OPLOTNIK:  But Brandon was working that,

21  we were working that.  We were working Odor.  We

22  changed where we were working out with Hisey to

23  eventually get -- get you and Brady rolling.

24       MR. MELTON:  So (crosstalk) --

25       MR. OPLOTNIK:  And I know you worked your

1   dick off.

2         MR. MELTON:  Who did you get for me?  Because

3   I got -- because I got Francel.

4         MR. OPLOTNIK:  Yep.

5         MR. MELTON:  And then I got Cagle -- I mean,

6   I got -- I got the old -- Shoenhals and the old man.

7   I can't even think of his name right now.  I got all

8   of their stuff.  And I got Wienecke.

9         I mean, it is what it is.  But, like, I don't

10  know -- I'm still looking for that right now.

11        Because Odor's gone, you know, because Brady

12  was taking care of it.  Whatever.  I mean, I'm just

13  telling you.

14        MR. OPLOTNIK:  But, I mean, look --

15        MR. MELTON:  I mean, I (crosstalk) --

16        MR. OPLOTNIK:  -- the investment in Tebow

17  helped get Phelps.  Right?

18        MR. MELTON:  It's the same -- it's the same

19  thing your wife -- the same thing your wife -- you

20  know, when your wife said, Everybody's done everything

21  to get Robbie to where he was.  But she forgot about

22  what Robbie's done.

23        And I'm not looking -- I just told you, when

24  I (crosstalk) --

25        MR. OPLOTNIK:  Robbie, you worked your ass

1    off.  You outworked everybody all the time.  I,

2    actually, 100-percent agree with that.

3             MR. MELTON:  No.  I haven't -- I haven't in

4    the last year because I got sick of this place.  I got

5    sick of fucking doing and nobody fucking appreciating

6    anything.

7             I'm telling you right now, I mean, I changed

8    my attitude a year-and-a-half ago and I said, Fuck

9    this, I'm not doing shit.

10            Nobody gives two fucks about what you do.

11   They just take it and go on.

12            MR. OPLOTNIK:  That --

13            MR. MELTON:  Just like the Payne thing.  Just

14   like the Payne thing.  Nobody was going to do the

15   Payne thing.  And guess who sat Micah down and said,

16   We're going to get you off of your tit.  And in 2020

17   we don't have any new doctors coming in.  We're going

18   to get you off your tit.

19            Oh, nobody's getting any fucking credit for

20   that either.

21            I'm just saying, Dude.  It -- all I could see

22   was you leaving and everybody else -- you know, all

23   their master plan.

24            I've got to take care of my family and

25   that's -- that's -- at some point that takes precedent

1    over everything -- precedence over everything.  And

2    that's -- that's -- you know --

3              MR. OPLOTNIK:  Robbie, you -- I mean --

4              MR. MELTON:  -- I'm being -- I'm being --

5              Do what?

6              MR. OPLOTNIK:  I did everything to ensure you

7    took care of your family.  I -- I mean, I tried to get

8    every dollar your way.  You're making 900 grand, a

9    million.  I mean, I did everything to make sure your

10   family was taken care of.

11             I gave in on everything.  Anything you ever

12   asked me, I gave -- I've supported you on.  Anything

13   and everything.

14             MR. MELTON:  And I have -- and I've always

15   been appreciative.  And I told you -- I told you that,

16   everything you've done for me.  But if something -- if

17   a company --

18             You know this has happened 30 times and I've

19   said no.

20             MR. OPLOTNIK:  Right.

21             MR. MELTON:  But when a company comes and

22   offers you the world, at some point you've got to take

23   it.  I mean, it was -- it was -- it was doing

24   something you've done that would have changed your

25   life.  I mean, bottom line.

1          Of course you can say you can turn that stuff

2   down now at your -- your time in your life, Opy, but I

3   haven't been a principal distributer for 25 years and

4   have everything you have and not turn -- and turn down

5   a whole bunch of stuff to get to where you're at.

6          I mean, you're not -- you're not thinking

7   about everything that -- that I've done as -- as --

8   as -- for you, too.

9          I mean, believe me, this is the hardest thing

10  I've ever done in my life.  I cried to my wife for

11  weeks on -- weeks and weeks on end.  And she did the

12  same thing.  Only for you.  She could give two craps

13  about anybody else, and Tyler and Christy.

14          MR. OPLOTNIK:  But why not -- I don't

15  understand.  Why not just say, Hey, guys, we're

16  leaving.  We're leaving.

17          You know, you'd tell us a week in advance,

18  I'm going to get all of your inventory by Friday, I'm

19  going to start, you know, competing at --

20          MR. MELTON:  Why can't you get all of your

21  inventory now?

22          MR. OPLOTNIK:  Well, it --

23          MR. MELTON:  I'll be glad --

24          MR. OPLOTNIK:  I mean, because it obviously

25  crippled us on Friday.  I mean, obviously -- and,

```
 1   look --
 2           MR. MELTON:  Well, it cripples you no matter
 3   what.
 4           MR. OPLOTNIK:  Well, I mean -- I mean,
 5   obviously.  I mean, we talked about --
 6           I mean, look, y'all did a great job going to
 7   the docs and getting it teed up.  And we knew you
 8   would do that.  Right?  Because you had the
 9   relationships.  You were in the field with them.  I
10   mean, I never doubted you -- especially you, on any of
11   your relationships, ever.
12           I mean, but it did cripple us because we were
13   blind.  I mean, we've got third-party contacts.  What
14   do I do with those?  What do I do with all of this
15   overhead?  Do I fire Phillip?  Do I fire Mike?  What
16   do I do with all of this stuff?
17           MR. MELTON:  Yeah.  I mean, you know, as to
18   the third-party contracts, I mean, I --
19           Dude, do you think -- like, do you think that
20   I go a day without those third-party contracts not
21   contacting me?  Okay.  Then all of a sudden I get
22   something from an attorney, then I quit.  I don't -- I
23   don't talk to them anymore.
24           Is that my fault that they reach out to me
25   because they know that I'm -- that I left?  Like, all
```

1   of this stuff is just asinine and it's just pissing

2   people off.

3            And not me.  I can -- I can deal with it.

4            I'm just -- I'm just saying, like, it's

5   silly, for no -- for no reason.  Like, I will help you

6   with anything you need help with.  Anything.  And I'll

7   continue --

8            I'm using your bone graft all the freaking

9   time.  I'm doing stuff of that nature.  I mean --

10                    (Crosstalk.)

11           MR. OPLOTNIK:  But I didn't -- but I --

12           MR. MELTON:  -- because I don't care.

13           MR. OPLOTNIK:  But how do -- I mean, I didn't

14   even know you were using bone graft.  How does it get

15   replenished?  How do we track the inventory?  How do

16   we --

17           MR. MELTON:  Because I called Micah and told

18   him to reorder.

19           Like, do you think I'm dumb enough --

20           Like, you're going to do it, anyway.  You're

21   not going to do it.  Becky's not going to do it.

22   Brandon's not going to do it.

23           I called the people I know -- I didn't

24   call -- I told Tye -- tried to tell Tye what to do.

25   He didn't have a fucking clue what I was talking

1   about.  So I called Micah.

2          MR. OPLOTNIK:  Okay.  I know.

3          Look, it's just going to be -- it's going to

4   be difficult for awhile.  You know that.  It's going

5   to be high emotions for all of us.

6          MR. MELTON:  Well, it's high emotions for me,

7   only with you.  I can take anything Brandon throws at

8   me, whatever.  I'm -- but this deal with you and the

9   stuff that Darcy said to Nicky, that's fucking just --

10          MR. OPLOTNIK:  That's because she --

11          MR. MELTON:  -- that's just a flat baldfaced

12   lie.

13          MR. OPLOTNIK:  That's --

14          MR. MELTON:  That's a baldfaced lie.

15          MR. OPLOTNIK:  Look Darcy's rattled.  She

16   sees -- obviously, I'm crying, upset.

17          I mean, just the same way Nicky would --

18          MR. MELTON:  So am I.

19          MR. OPLOTNIK:  I mean, I know.  But

20   they're -- they're both defending us.  Right?  I

21   mean --

22          MR. MELTON:  Well, but she didn't call it

23   defending.  All she did was call to tell her how much

24   she loved her.

25          MR. OPLOTNIK:  I know.

1           MR. MELTON:  That's it.

2           I mean, she didn't call us to say --

3           MR. OPLOTNIK:  Darcy let me read the

4    text yesterday and I told her she should not have

5    responded in that way, at all.

6           I mean, and she apologized to me.

7           MR. MELTON:  But listen, at the end of the

8    day her and I both said, you know, it's you that we're

9    going to miss.  Nobody else.  It's you that I miss

10   right now.  But it is --

11          But Dude, I can't do anything about how you

12   guys decided to go on about your business and about

13   your life.  I told you it just wasn't me anymore, Man.

14          I mean, do you know that whenever I -- it was

15   time for me to interview Tye, that I got a call from

16   Usheta (phonetic) that was, like, Well, you know, we

17   can let you interview Tye but we also think -- I think

18   you need to interview this --

19          I mean, she's telling me who to interview for

20   my business, like, whether I can interview Tye or not,

21   and if I need to interview -- and that I need to

22   interview these other people.

23          She -- somebody I don't even know, is telling

24   me how to -- how to -- who I can hire for my

25   business -- for my business, I mean, that makes all of

1    you money.

2         That was when I drew the line from you and I

3    was, like, I'm out.  That was the final straw, just so

4    you know.  And I believe I told you that and you

5    didn't even listen to me.

6         MR. OPLOTNIK:  Well, I remember you told me

7    you -- you couldn't take it.

8         But why didn't y'all -- why didn't you just

9    cut ties then?  Why --

10        MR. MELTON:  Because I had to --

11        MR. OPLOTNIK:  -- hire these people?

12        MR. MELTON:  -- put a game plan together.  Do

13   you think I'm going to cut ties and just fucking go

14   shit on myself?

15        MR. OPLOTNIK:  No.  But it -- I mean, with

16   your relationships, it wouldn't take you a month and

17   you'd be going.

18        MR. MELTON:  No, Opy.  It wasn't a -- it

19   took -- that was seven months ago.  And that's how

20   long it took.

21        I mean, how -- seriously, you think something

22   like this could be put together in freaking a month?

23        MR. OPLOTNIK:  No, no.  I knew there was no

24   way.

25        MR. MELTON:  You said that.

1          MR. OPLOTNIK:  No.  I -- I know.  But I'm
2     just wondering why -- why not just cut ties with us
3     seven months ago?
4          I know it takes that long to plan, but surely
5     they could have -- within a month Stryker could have
6     got you the check, paid you guys well, and then moved
7     it all.  You know what I mean?  Versus us --
8          MR. MELTON:  (Inaudible.)
9          MR. OPLOTNIK:  Well, because us adding
10    additional overhead and people, you knowing that --
11    that it was going to, you know, scorch the earth.
12         MR. MELTON:  Well, I didn't know it was going
13    to scorch the earth.
14         I mean, I knew it was going to scorch the
15    earth.  But I didn't plan on all this inventory stuff
16    being an issue.
17         I've got every opportunity in the world to
18    help you guys out.  And I've been doing it but nobody
19    wants to reach out to find out.  Mike Williams just
20    wants to bash my fucking name to everybody he calls.
21         And just another reason -- I told you,
22    another reason.  I knew -- I'm not an idiot.  I know
23    what -- I mean, I know you guys think I'm a dumbass
24    fucking country boy, all of you.  But I can tell
25    you --

1           MR. OPLOTNIK:  Robbie, I don't.  I know

2    how -- I mean, look, I -- I know --

3           MR. MELTON:  Well, the rest of them do.  The

4    rest of them do.

5           And he's fucking bashing me to every

6    third-party company.  So is Phillip.  Phillip fucking

7    stupid ass.  He has no idea what kind of hole he's

8    backing himself into, for no reason.

9           One of my only other texts was to Phillip,

10   telling him how much I love him and I'm sorry and

11   thank you so much for your support over the years.

12          MR. OPLOTNIK:  Right.

13          Well, I -- but why -- why -- I mean, why not

14   give us a week to get all of our inventory in and

15   checked in, audit it up, so --

16          MR. MELTON:  Okay.  But I'm --

17          MR. OPLOTNIK:  -- we could all square up.

18          MR. MELTON:  -- giving it to you now.  I'm

19   giving it to you now.

20          MR. OPLOTNIK:  But I --

21          MR. MELTON:  I'm able to help you for this

22   next week.

23          What's the difference between last week and

24   this week?  You're not (crosstalk) --

25          MR. OPLOTNIK:  Because there were cases we

1   were liable for, starting Monday.

2           MR. MELTON:  That's bullshit.  If there was

3   anything you needed to be there for, I would have

4   freaking had you there.

5           MR. OPLOTNIK:  But how do you leave and not

6   be on our liability side and be on Stryker's and use

7   our stuff to cover the cases to save us.

8           MR. MELTON:  I didn't use your stuff to cover

9   the case, period, nothing.

10          MR. OPLOTNIK:  Then why not bring it all back

11  so we can audit it and square it up?

12          MR. MELTON:  Because I couldn't tell you,

13  Opy.

14          I'm telling you right now, I will.

15          MR. OPLOTNIK:  Okay.  I mean, that's -- I get

16  it.

17          I mean, I'm sure --

18          MR. MELTON:  It's been one day since it's

19  happened.

20          MR. OPLOTNIK:  Well, no.  I understand.

21          And, you know, what I've got to think, too.

22  I mean, Stryker has to help you plan that roadmap and

23  you've got to listen to their attorneys.  I'm

24  thinking -- I'm sorry.  I know -- I know how that deal

25  goes down.

1          And, I mean, you probably would have done it
2     different if it -- you know, if all the legal shit and
3     everything else, so --
4          MR. MELTON:  Look, all I know is I love you
5     and I'll be willing to help in any way you need help.
6     Any way.
7          MR. OPLOTNIK:  Okay.
8          MR. MELTON:  And I will help you guys at any
9     cost.
10         MR. OPLOTNIK:  Okay.
11         MR. MELTON:  I mean, I just don't -- I'm
12    not --
13         You know, I'm sure there's 10 other people
14    listening on the other end.  I don't -- I don't even
15    care.  I'm just telling you --
16         MR. OPLOTNIK:  No.  I'm at home.
17         MR. MELTON:  -- for your and my friendship --
18         MR. OPLOTNIK:  I know.
19         MR. MELTON:  For your and my friendship, I
20    will do anything I need to do.  I will go anywhere I
21    need to go to try to help this situation out.
22         But I can tell you one thing, I have not
23    thrown your stuff anywhere, I haven't done anything.
24    I've left up what I think might need to be used of
25    yours.  I would --

```
 1              The fact that she inclinated (sic) that I put
 2   doctors and patients at harm, that's the most fucking
 3   gut-punching thing I've ever heard from somebody.  I
 4   would never, ever -- I mean, ever put patients in
 5   harm's way.
 6              I've got more backups now than I've ever had
 7   in my life, plus everything that you guys have up that
 8   I think he might need.  And if he would need it, they
 9   would get a call from the rep -- or the rep would get
10   a call, just exactly like I've done on everything.
11              MR. OPLOTNIK:  Okay.
12              MR. MELTON:  You found out about the
13   Spinology stuff.  Well, hell, I mean, I didn't know --
14   I, honestly, was -- was told different.  So it is what
15   it is.
16              So I haven't talked -- I haven't said a word
17   to them, since.
18              I got a letter from an attorney, period.
19              MR. OPLOTNIK:  Oh, so you -- the manager --
20   the Spinology manager was working with you?  He knew
21   everything, I assume, from a long time ago?
22              MR. MELTON:  Well, I mean, do you think
23   that -- do you think that people don't think --
24   know --
25              Like, I've been working with these companies
```

1    forever.  How would you assume when I say, Look,

2    I'm -- I'm leaving RX.  I called them all the day --

3    the day of -- I mean, I didn't tell anybody until the

4    day of.

5              MR. OPLOTNIK:  Well, Zavation knew.  He told

6    me he knew for awhile.

7              MR. MELTON:  Well, actually that's the only

8    person that knew, was Zavation, yeah.

9              And, I mean, it doesn't matter.  Either way,

10   they're going to find out.

11             MR. OPLOTNIK:  No.  I understand.

12             MR. MELTON:  And I'm not -- I wasn't

13   representing myself any way.  I wasn't -- I mean, all

14   I did was answer questions.

15             I mean, I'm going to work for Stryker.

16             MR. OPLOTNIK:  Right.

17             But obviously, you can see, from my point of

18   view, we had no idea those cases were on Monday.  We

19   had no idea what inventory.  And we're --

20             MR. MELTON:  I couldn't fucking talk.

21             MR. OPLOTNIK:  -- we had the liability --

22             MR. MELTON:  I couldn't talk --

23             MR. OPLOTNIK:  -- on Spinology.

24             MR. MELTON:  Okay.  But, guess what?  You

25   sent something to their attorney so I couldn't talk to

1    you.  I couldn't -- I didn't know what the fuck was

2    going on.  All I knew was I couldn't talk.

3            MR. OPLOTNIK:  Well, what -- if the attorney

4    didn't send us anything, what was the plan?  I don't

5    understand how the patient was going to get taken care

6    of.

7            MR. MELTON:  Because everything was up and

8    ready to go.

9            MR. OPLOTNIK:  But I thought there was --

10   there was cannulas missing and biologics, is what

11   you -- you sent to her, so we had -- had to have it

12   couriered.

13           MR. MELTON:  Exactly.

14           Look, when I cut off -- got cut off

15   communication, they were sending all kinds of -- they

16   were supposed to be sending a -- they were setting up

17   something with Integris to get a par.  And I said, You

18   guys got to -- got to make sure you do it or Integris

19   isn't going to have what they need.

20           And that was on the regional managers.  That

21   was his job and he must have put it in somebody else's

22   hands.  All I know is it didn't get done.  And I found

23   that out on Saturday and I started freaking out and

24   said, You guys better get bone there.  It's obvious --

25           And then I get a letter from them.

```
 1                MR. OPLOTNIK:  Right.

 2                      (Crosstalk.)

 3                MR. OPLOTNIK:  Well, and Sentinel knew -- I

 4    mean, Sentinel, we talked to his manager.  I mean,

 5    Sentinel has known for a long time this was going on,

 6    too.

 7                Which, I mean, I know you guys need that,

 8    too.

 9                So I don't know.  I've just got to -- right

10    now it's just about survival mode.  You know, I

11    mean --

12                MR. MELTON:  I get it.  I get it.

13                But you're telling me survival mode is

14    getting everything -- inventory and all of that stuff,

15    and I'm telling you I'm here to help.

16                MR. OPLOTNIK:  Well, and it's helping figure

17    out to keep people that we all care about that's been

18    with us for a long, long time still a job.  Right?

19    It's not about --

20                MR. MELTON:  Well, that --

21                MR. OPLOTNIK:  It's about all of it.

22                MR. MELTON:  Well, I'm willing to -- I'm

23    willing to help in any way I can.

24                And I -- you know, I called Micah yesterday

25    and told him to order another $60,000 worth of bone
```

1    graft, you know, all of that stuff, so --

2              MR. OPLOTNIK:  All right.

3              MR. MELTON:  I'm -- I'm not -- I'm not being

4    a -- the earth scorcher that you think I am.  I'm

5    just -- did what I had to do.  And now I'm trying to

6    help you pick up the pieces, but (crosstalk) --

7              MR. OPLOTNIK:  Well, I'll call you or I'll

8    have Micah call you.

9              And, you know, we've got to go pick up Mercy

10   today.  I mean, obviously we're shorthanded, trying to

11   get to all of these different hospitals to get stuff.

12             But we're -- we're -- we're getting it done

13   as quickly as possible.  I mean, that's the only way I

14   can -- I mean, we've got, really -- yeah, we're

15   shorthanded with everything going on with Payne and

16   everything else, I mean.  But we'll figure it out.

17             But you will get some phone calls and asked,

18   you know, potentially, to help us kind of locate stuff

19   once we get through all this stuff.

20             MR. MELTON:  Well, I've got -- I've got

21   all -- I can help them with anything I can help them

22   with.

23             MR. OPLOTNIK:  All right, Brother.

24             Hey, I love you.  I know it's going to get

25   heated.  We've just got to --

1          You know, I know from your perspective that

2     that was a life-changing deal.  You told me.  I mean,

3     I understand.  I hope you -- I hope they gave you

4     20 million, to be honest.  I don't care.  But --

5          Oh, my gosh.  Jayce's dog's yipping.

6          But we'll get through it and we'll hug it out

7     when we get through this all in a couple of years.

8          And I love you.  And I -- I know you pray for

9     my family and I'm going to pray for your family.

10    Okay?

11         MR. MELTON:  Same here, Man.

12         MR. OPLOTNIK:  All right.

13         MR. MELTON:  I love you (inaudible) --

14         MR. OPLOTNIK:  I'll talk to you later.  Bye.

15                    *(END OF AUDIO.)*

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

STATE OF OKLAHOMA      )

                       )   SS:

COUNTY OF TULSA        )


     I, D. ANN FITE, a Certified Shorthand Reporter in
and for the State of Oklahoma, do hereby certify that
the above and foregoing transcript of the audio
recording of the telephone call between Greg Oplotnik
and Rob Melton on August 16, 2022, is a true, correct
and complete transcript of my machine shorthand notes,
to the best of my ability.

            Transcribed on August 26, 2022.


_____
D. ANN FITE, CSR, RPR
Certificate No. 1108