| | |
|---|---|
| **Subject:** | FW: Pro disc c contract for Integris. Matched Zimmer. |
| **Date:** | Tuesday, August 16, 2022 at 6:59:59 PM Central Daylight Time |
| **From:** | Keri Cooper |
| **To:** | Jason Ryan |
| **Attachments:** | Integris Baptist - PDC Price File.xlsx |

**From:** Rob Melton <rmelton@rxmedicalokc.com>
**Sent:** Tuesday, August 16, 2022 6:54 PM
**To:** Keri Cooper <kcooper@rxmedicalokc.com>
**Subject:** Fw: Pro disc c contract for Integris. Matched Zimmer.

**From:** Rob Melton
**Sent:** Tuesday, August 9, 2022 12:07 PM
**To:** Cary Decker <Cary.decker@integrisok.com>
**Subject:** Pro disc c contract for Integris. Matched Zimmer.


Sent from my iPhone


EXHIBIT 2

Page 1 of 1