## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RX MEDICAL, LLC; ROK SALES, LLC; and ROK MEDICAL MANAGEMENT, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 22-cv-00731-PRW |
| ROBEN MELTON; JUSTIN POOS; BRADY CLINE; TODD PERRY; SHELBY BULLARD; GREG MASON; JOSHUA MCDONALD; KRISTY MOORE; DIGSS INVESTMENTS, LLC; STRYKER CORPORATION; SUMMIT SPINE SOLUTIONS, LLC; and RD MEDICAL, LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>DECLARATION OF DONALD D. HORTON, M.D.</u>

I, Donald D. Horton, under penalties provided by law, state as follows:

1.     I am over the age of 18, and based on my personal knowledge, would, if called to testify about the matters set forth herein, be able to do so.

2.     I am a board certified neurosurgeon practicing spine surgery in Oklahoma City, Oklahoma.  I completed my residency in neurosurgery in 1990 and entered private practice in 1995.

3.     For more than twenty (20) years and continuing through today, I have been a customer of RX Medical and have used the medical devices and products RX Medical distributes in my surgeries and as part of my medical practice.

**EXHIBIT**

**4**

4.      The RX Medical employee that has assisted me with RX Medical's products for the past several years is Brady Cline.

5.      On or about August 12, 2022, Brady Cline approached me and informed me that he was changing companies from RX Medical to Stryker and would be resigning his position at RX Medical later that day.  He told me that he was hopeful that I would give him a chance to earn my business in his new position with Stryker and that he would like to show me some of the new products he would be distributing.

6.      I am not receiving any compensation whatsoever for the execution of this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August, 2022.

Donald D. Horton, M.D.