

DATE OF CASE: 8/16/22
DR. NAME: DR. DelaGarra
PROCEDURE: ALIF
AGE: 41F
# OF TRAYS: 4 Istalif A prep
Achesapeake K2M
Ant Lumbar
CO. NAME: Stryker Spine
REPS NAME:
PHONE: Brooks Walker
692-1240

EXHIBIT
6