```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500091823
Cashier ID: dbeasley
Transaction Date: 08/30/2022
Payer Name: Conner and Winter LLP
----------------------------------
PRO HAC VICE
 For: Kevin J Mahoney
 Case/Party: D-OKW-5-22-LB-000123-001
 Amount:         $50.00
----------------------------------
CHECK
 Check/Money Order Num: 017737
 Amt Tendered:  $50.00
----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:      $0.00

22-CV-731-PRW
Kevin J Mahoney

Return check fee $53
```