### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

Date: August 30, 2022

| | |
|---|---|
| RX MEDICAL, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-22-731-PRW |
| | ) |
| ROBEN MELTON, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER:**

  Before the Court are the Motions for Admission Pro Hac Vice, filed August 29, 2022, seeking the admission of Michael D. Wexler and Kevin J. Mahoney *pro hac vice*. Upon review of the motions, the Court GRANTS the Motions for Admission Pro Hac Vice (Dkts. 11 and 12); Michael D. Wexler and Kevin J. Mahoney are admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendant, provided each counsel becomes properly registered (see OKWD Admitted Attorneys electronic Filing Registration: https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf) and files an entry of appearance, consistent with LCvR 83.4.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

                 Carmelita Reeder Shinn, Clerk

                 By: s/*Kathy Spaulding*
                   Deputy Clerk