Employee Non-Compete Agreement
For
RxMedical

For Good consideration, and in consideration of my being employed, whether on a sub contract basis or as a full time employee, in whole or in part by RxMedical, I, the undersigned agree that upon my termination of employment and notwithstanding the cause of termination, I shall not compete with the business of the Firm or its successors or assigns.

The term "not compete" as used in this agreement shall mean that I shall not directly or indirectly, or in any capacity, on my own behalf or on the behalf of any other firm undertake or assist in the solicitation of any client or account of the Firm existing during the course of my employment with RxMedical.

This non-compete agreement shall remain in full force and in effect for one year commencing with the date of employment termination.

Signed under seal this 9th day of Nov. , 2006

Notary Name Sandra A. Beck
Seal Expires 3/13/2010

[Notary Seal: SANDRA A. BECK, NOTARY, #06002704, EXP. 03/13/10, STATE OF OKLAHOMA, PUBLIC]

Employee [signature]

Rob McHan

EXHIBIT 1

Employee Non-Compete Agreement
For
RxMedical

For Good consideration, and in consideration of my being employed, whether on a sub contract basis or as a full time employee, in whole or in part by RxMedical, I, the undersigned agree that upon my termination of employment and notwithstanding the cause of termination, I shall not compete with the business of the Firm or its successors or assigns.

The term "not compete" as used in this agreement shall mean that I shall not directly or indirectly, or in any capacity, on my own behalf or on the behalf of any other firm undertake or assist in the solicitation of any client or account of the Firm existing during the course of my employment with RxMedical.

This non-compete agreement shall remain in full force and in effect for one year commencing with the date of employment termination.

Signed under seal this 30 day of ~~May~~ Oct. , 2006

Notary Name Sandra A. Beck
Seal Expires 3/13/2010

Employee [signature]
Justin Pits

Employee Non-Compete Agreement
For
RxMedical

For Good consideration, and in consideration of my being employed, whether on a sub contract basis or as a full time employee, in whole or in part by RxMedical, I, the undersigned agree that upon my termination of employment and notwithstanding the cause of termination, I shall not compete with the business of the Firm or its successors or assigns.

The term "not compete" as used in this agreement shall mean that I shall not directly or indirectly, or in any capacity, on my own behalf or on the behalf of any other firm undertake or assist in the solicitation of any client or account of the Firm existing during the course of my employment with RxMedical.

This non-compete agreement shall remain in full force and in effect for one year commencing with the date of employment termination.

Signed under seal this  2  day of  February  , 2004

Notary Name  *Valerie C Tipps*
Seal Expires

Employee

*Brady Cline*
Brady Cline