## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Date: August 30, 2022

| | |
|---|---|
| RX MEDICAL, LLC, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-22-731-PRW |
| ROBEN MELTON, et al., | ) |
| Defendants. | ) |

**ENTER ORDER:**

    The Hearing on Defendants' Emergency Motion to Dissolve Ex Parte Temporary Restraining Order (Dkt. 6), scheduled for Wednesday, August 31, 2022 at 10:00 a.m., in the above-referenced case, is hereby stricken.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

    Carmelita Reeder Shinn, Clerk

    By: s/*Kathy Spaulding*
       Deputy Clerk