IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RX MEDICAL, LLC, ROK SALES, LLC, and ROK MEDICAL MANAGEMENT, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB MELTON, JUSTIN POOS, BRADY CLINE, TODD PERRY, SHELBY BULLARD, GREG MASON, JOSH MCDONALD, KRISTY MOORE, DIGSS INVESTMENTS, LLC, STRYKER CORPORATION, SUMMIT SPINE SOLUTIONS, LLC, and RD MEDICAL, LLC,<br><br>　　　　　　　Defendants. | Case No.: 5:22-cv-00731-PRW |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT:**

Michael D. Wexler of Seyfarth Shaw LLP hereby enters his appearance in this case on behalf of Defendants Rob Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Josh McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC, and certifies that he is currently registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Michael D. Wexler*
Michael D. Wexler, IL #6207847
 *(admitted pro hac vice)*
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
Email:  mwexler@seyfarth.com
***Attorneys for Defendants Rob Melton, Justin Poos, Brady Cline, Todd Perry, Shelby Bullard, Greg Mason, Josh McDonald, Kristy Moore, DIGSS Investments, LLC, Stryker Corporation, Summit Spine Solutions, LLC, and RD Medical, LLC***

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of August 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmitted of a Notice of Electronic Filing to the following ECF registrants:

    Jason A. Ryan, OBA #18824
    Patrick R. Pearce, Jr., OBA #18802
    Corey A. Neller, OBA #19534
    Ryan Whaley
    400 N. Walnut Ave.
    Oklahoma City, OK  73104
    Telephone:  (405) 239-6040
    Facsimile:  (405) 239-6766
    Email: jryan@ryanwhaley.com
          ppearce@ryanwhaley.com
          cneller@ryanwhaley.com
*Attorney for Plaintiffs*
*RX Medical, LLC, ROK Sales, LLC,*
*and ROK Medical Management, LLC*

                                      */s/ Michael D. Wexler*
                                      Michael D. Wexler