

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OFFICE OF THE CLERK
William J. Holloway, Jr. United States Courthouse
200 NW 4th Street, Room 1210
Oklahoma City, OK 73102
www.okwd.uscourts.gov
(405) 609-5000

CARMELITA REEDER SHINN
CLERK OF COURT

September 1, 2022

Oklahoma County Court Clerk
Oklahoma County Office Building
320 Robert S. Kerr Avenue
Oklahoma City, OK 73102

    In Re:   RX Medical, et al. v. Roben Melton, et al.,
                 CIV-22-731-PRW

Dear Court Clerk:

    Pursuant to the Order dated September 1, 2022, this case is remanded to your court. Please find enclosed a certified copy of the remand order and a certified copy of the docket sheet.

    If you should have any questions, please feel free to contact me.

                                                     Sincerely,

                                                     CARMELITA REEDER SHINN, CLERK

                                                     By     *s/Kathy Spaulding*
                                                                Deputy Clerk

Enclosures